**UNITED STATES of America, Plaintiff-Appellee,**

v.

**METROPOLITAN DISPOSAL CORPORATION, Defendant-Appellant.**

No. 85–3161.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 7, 1986.

Decided Sept. 2, 1986.

---

John J. Powers, III, U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee.

John S. Ransom, Ransom, Blackman & Simson, Portland, Or., for defendant-appellant.

Before WALLACE, FERGUSON, and NORRIS, Circuit Judges.

## ORDER

Metropolitan Disposal Corporation (MDC) appeals its conviction of criminal contempt for willfully failing to comply with a grand jury subpoena duces tecum and willfully violating the district court's order to produce certain business documents. We have jurisdiction pursuant to 28 U.S.C. § 1291.

MDC contends that the district judge erred as a matter of law in concluding that reckless disregard of the subpoena and order to produce documents supported a conviction of criminal contempt. The district judge, however, did not find MDC guilty of criminal contempt based on reckless disregard. Rather, the district judge considered all of the evidence, *see United States v. Metropolitan Disposal Corp.,* 622 F.Supp. 1262 (D.Or.1985), and properly inferred from the evidence that MDC willfully violated the subpoena and order. *See United States v. Baker,* 641 F.2d 1311, 1317 (9th Cir.1981). We conclude that the district judge's finding of willfulness was not clearly erroneous. *See id.*

AFFIRMED.